**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01523-CR

**MARTIN ROBELES JIMENEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-13-378**

## ORDER

The Court **GRANTS** court reporter Mary Ann Gilbert's December 21, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Gilbert to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
          JUSTICE